PROB 12A
(Revised 05/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>John Doyle Hopson</u>         Case Number: <u>2:08-00001</u>

Name of Judicial Officer: <u>Honorable William J. Haynes Jr., Chief U.S. District Judge</u>

Date of Original Sentence: <u>May 20, 2011</u>

Original Offense(s): <u>18 U.S.C. § 1341 (10 cts), Mail Fraud; 18 U.S.C. § 1343, Wire Fraud; 18 U.S.C. § 1029(a)(2), Access Device Fraud; and 18 U.S.C. § 1028A (2 cts), Aggravated Identity Theft</u>

Original Sentence: <u>60 days' custody; 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>         Date Supervision Commenced: <u>August 12, 2011</u>

Assistant U.S. Attorney: <u>Darryl A. Stewart</u>         Defense Attorney: <u>David Baker</u>

---

The Court orders:

☒ No Action Necessary at this Time *as recommended*
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this _23rd_ day of _August_, 2012,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Amanda M. Russell
U.S. Probation Officer

Place     <u>Cookeville</u>

Date      <u>August 22, 2012</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall spend the first ten months of his supervised release at a halfway house approved by the Bureau of Prisons.** |
| | Mr. Hopson was released from Bureau of Prisons' custody on August 12, 2011. As ordered, he reported to Diersen Charities Residential Reentry Center in Nashville, Tennessee, on August 16, 2011. Mr. Hopson was discharged from Diersen Charities on May 15, 2012. According to the Reentry Center Director, Bob Green, he was released early due to his model behavior and the facility's lack of bed space. As of May 15, 2012, Mr. Hopson had fulfilled 273 days of the Court ordered ten months, or 300 days. |

**Compliance with Supervision Conditions and Prior Interventions:**
John Doyle Hopson is self-employed and lives with his wife and children in Cookeville, Tennessee. He began his term of supervised release on August 12, 2011, and he is due to terminate supervision on August 11, 2014.

**U.S. Probation Officer Recommendation:**
The probation officer is respectfully requesting that no action be taken by the Court at this time. It is recommended that Mr. Hopson continue on supervised release and any violations will be promptly reported to the Court.

Assistant U.S. Attorney Darryl A. Stewart has been advised and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer